# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3344
_____

KEITH GEORGE PERRY,

>   Appellant,

>   v.

STATE OF FLORIDA,

>   Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.


June 17, 2024

PER CURIAM.

>   DISMISSED.

RAY, BILBREY, and KELSEY, JJ., concur.

_____

>   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Stacy A. Scott, Public Defender, and Rachael J. O'Brien, Assistant Public Defender, Gainesville, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Tallahassee, for Appellee.